**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

BRYANT NELSON
ADC #601638                                                                                           PLAINTIFF

V.                                        2:08CV00144 WRW/JTR

YAN, East Arkansas Regional Unit,
Arkansas Department of Correction; and
MOORE, East Arkansas Regional Unit,
Arkansas Department of Correction                                                      DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.  Plaintiff's Motion for a Preliminary Injunction, which has been construed as a Motion for a Temporary Restraining Order (docket entry #13), is DENIED.

2.   The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 2nd day of September, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE