IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BRYANT NELSON
ADC #601638                                                                                            PLAINTIFF

V.                                    No. 2:08-CV-00144-WRW/JTR

DR. YEE YANG; and
VICKIE MOORE,
East Arkansas Regional Unit,
Arkansas Department of Correction                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Plaintiff's Motion for a Preliminary Injunction (Doc. No. 30) is DENIED. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 23rd day of October, 2008.


                                                                /s/ Wm. R. Wilson, Jr.
                                                                UNITED STATES DISTRICT JUDGE