**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**BRYANT NELSON
ADC #601638**                                                                               **PLAINTIFF**

**v.**                         **2:08CV00144-WRW-JTR**

**DR. YEE YANG;
and VICKIE MOORE,
East Arkansas Regional Unit,
Arkansas Department of Correction**                            **DEFENDANTS**

**<u>JUDGMENT</u>**

Consistent with the Order of Dismissal that was entered on this day, this case is dismissed, without prejudice, due to Plaintiff's failure to timely and properly comply with the Court's November 6, 2008, Order. Further, the Court certifies that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

IT IS SO ORDERED this 23rd day of December, 2008.

                                                                                 /s/Wm. R. Wilson, Jr.
                                                            UNITED STATES DISTRICT JUDGE